UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN EDELMAR ALVA ALVA,<br><br>    Petitioner,<br><br>v.<br><br>POLLY KAISER, et al.,<br><br>    Respondents. | Case No. 25-cv-06676-RFL<br><br>**ORDER CLARIFYING THE PRELIMINARY INJUNCTION ORDER**<br><br>Re: Dkt. Nos. 14, 18 |

The parties' joint request for clarification as to the order granting a preliminary injunction is **GRANTED**.  (Dkt. No. 18.)

With respect to the burden of proof at the pre-detention hearing, Petitioner may not be re-detained unless there has been a determination by a neutral decisionmaker at the pre-detention hearing that Petitioner is either a danger or a flight risk such that his physical custody is required. *Pinchi v. Noem*, No. 5:25-CV-05632-PCP, 2025 WL 2084921, at *5 (N.D. Cal. July 24, 2025). The Constitution does not require hearing procedures beyond those applicable in the 8 U.S.C. § 1226(a) discretionary detention context.  *See Valencia Zapata v. Kaiser*, No. 25-CV-07492-RFL, 2025 WL 2741654, at *13 (N.D. Cal. Sept. 26, 2025) (citing *Rodriguez Diaz v. Garland*, 53 F.4th 1189 (9th Cir. 2022)).

With respect to Petitioner's removal, Respondents are enjoined from removing Petitioner during the pendency of this litigation in order to preserve the Court's jurisdiction.  *Valencia Zapata*, 2025 WL 2741654, at *14 & n.5.

**IT IS SO ORDERED.**

Dated: October 16, 2025

RITA F. LIN  
United States District Judge

1