UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUAN EDELMAR ALVA ALVA,

        Plaintiff,

   v.

POLLY KAISER, et al.,

        Defendants.

Case No.  25-cv-06676-RFL

**SCHEDULING ORDER**

Re: Dkt. No. 24

The parties' proposed schedule in Docket No. 24 is adopted as follows:

By April 30, 2026, Petitioner will file any additional briefing in support of his habeas petition.

By May 21, 2026, Respondent will file any response, and by May 28, 2026, Petitioner will file any reply. At the close of this briefing schedule, the petition will be fully submitted for a decision.

    **IT IS SO ORDERED.**

Dated: April 9, 2026

_____

RITA F. LIN
United States District Judge

1