UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUAN EDELMAR ALVA ALVA,

Plaintiff,

v.

POLLY KAISER, et al.,

Defendants.

Case No. 25-cv-06676-RFL

**ORDER GRANTING MOTION FOR TEMPORARY RESTRAINING ORDER**

Re: Dkt. No. 31

Juan Edelmar Alva Alva moves for a temporary restraining order to prevent his immediate re-detention. The motion is **GRANTED**. The Court previously "**ENJOINED** [Respondents] from re-detaining Alva Alva unless and until Respondents provide Alva Alva a pre-deprivation hearing before a neutral decisionmaker in which an individualized determination is made that he poses a flight risk or danger to public safety such that he must be detained, and that a material change in circumstances justifies his detention." *Alva Alva v. Kaiser*, No. 25-CV-06676-RFL, 2026 WL 1910135, at *2 (N.D. Cal. July 2, 2026). The BIA found that Alva Alva's final order of removal and denial of withholding of removal constituted a material change in circumstances. (Dkt. No. 31-2 at 2–3.) But when Alva Alva was released on an Order of Supervision in 2018 pursuant to the required determination that he did not pose a flight risk or danger to the community, he already had a final order of removal. Though he applied for withholding of removal in 2023, the later denial of that application reinstated the 2018 status quo. Accordingly, there does not appear to be any material change in circumstances, and Alva Alva appears likely to succeed on the merits of his motion to enforce. The other *Winter* factors weigh in Alva Alva's favor, as he would be irreparably harmed by a return to custody in

violation of his due process rights, and the government has no interest in detaining someone in violation of a court order.

Respondents are **ORDERED** not to detain Alva Alva in reliance on the BIA's September 29, 2026 order. This Order shall remain in effect until **October 15, 2026, at 5:00 p.m.** Respondents shall file a response to Alva Alva's motion to enforce no later than **October 6, 2026**. Any reply shall be filed by **October 9, 2026**.

**IT IS SO ORDERED.**

Dated: October 1, 2026 at 6:48 p.m.

RITA F. LIN
United States District Judge